# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                    :   NO. 958
                                          :
APPOINTMENT TO THE COMMITTEE ON           :   SUPREME COURT RULES
RULES OF EVIDENCE                         :   DOCKET
                                          :

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of September, 2023, Veronica L. Morrison, Esquire, Dauphin County, is hereby appointed as a member of the Committee on Rules of Evidence for a term of five years, commencing October 1, 2023.